| United States District Court | DISTRICT |
|---|---|
| | SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR SANCHEZ, a/k/a "Charsi," a/k/a "Bank of America" | DOCKET NO.<br>S1 07 Cr. 711 | MAGISTRATE'S CASE NO. |
|---|---|---|
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>OSCAR SANCHEZ, a/k/a "Charsi," a/k/a "Bank of America" | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  ☐ Complaint | | |
| | DISTRICT OF ARREST<br>Southern District of New York | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud, Credit Card Fraud, Bank Fraud, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1028, 1028A, 1029, 1349, 1344, 2 |
|---|---|---|
| ANDREW J. PECK<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>HON. HENRY B. PITMAN | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | AUG 1 3 2007<br>DATE ORDERED |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | [illegible]<br>Special Agent FBI | |
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

AUG 15 2007