ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
        - v. -                :
                              :
TAHIR ALI KHAN,               :      07 Cr. 711 (LAP)
    a/k/a "Waheed Khan,"      :
    a/k/a "Ali,"              :
    a/k/a "Haji,"             :
    a/k/a "Shan,"             :
FAYYAZ AHMED,                 :
ARIE BENSHIMON,               :
    a/k/a "the Jew,"          :
    a/k/a "Jewish Guy,"       :
NAVEED ALI BHINDAR,           :
    a/k/a "Sheikh,"           :
SYED HASSAN,                  :
MUHAMMAD ISHAQ,               :
    a/k/a "Saqa,"             :
BASHARAT JARRAL,              :
    a/k/a "Alex,"             :
NADEEM KHAN,                  :
GHULAM MEHMOOD,               :
    a/k/a "Mama,"             :
    a/k/a "Zafar,"            :
SHAHEEN MUKHTAR,              :
    a/k/a "Nick,"             :
QAISER QURESHI,               :
    a/k/a "Auntie,"           :
FRANKLIN RODRIGUEZ,           :
    a/k/a "Spanish Guy,"      :
    a/k/a "Chancey,"          :
SYED SHAH,                    :
    a/k/a "Charsi,"           :
    a/k/a "Chotu,"            :
    a/k/a "Joji,"             :
OSCAR SANCHEZ,                :
    a/k/a "Charsi,"           :
    a/k/a "Bank of America,"  :
MUHAMMAD SHARIF,              :
    a/k/a "Malik,"            :
PRADIPT SHARMA,               :
    a/k/a "the CitiBank       :
guy,"                         :

            Defendants.
- - - - - - - - - - - - - - - x
```



USDC SDNY [stamp] AUG 2 7 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**