UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
                                    :
   Oscar Sanchez                    :        07CR711 (LAP)
                                    :          Docket #
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Loretta A. Presta, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case

Thomas F.X. Dunn   is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   John Kaley   , NUNC-PRO-TUNC
June 16, 2008 .
                        Attorney's Name

                                        SO ORDERED.

                                _____
                                UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          June 16, 2008